JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT (CABN 141935)
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:        Joyce_Leavitt@fd.org


Counsel for Defendant JOHNSON


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KIANDRE JOHNSON,<br><br>        Defendant. | **Case No.:** CR 25–00403 AMO<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: CONTINUE STATUS<br>HEARING FROM JULY 27, 2026, TO<br>AUGUST 3, 2026** |

It is hereby stipulated by and between the parties in the above-referenced case that the status hearing currently set before the Honorable Judge Araceli Martínez-Olguín on Monday, July 27, 2026, at 11:00 a.m. may be continued one week to Monday, August 3, 2026, at 11:00 a.m. for status. The reason for the request is that undersigned defense counsel is unavailable on July 27, 2026.

United States Probation Officer Matthew Coppage has been consulted and has no objection to the proposed continuance. Officer Coppage is available, or he will have another probation officer stand in, should the Court continue the status hearing from July 27, 2026, to August 3, 2026. The probation officer has indicated to the parties that Mr. Johnson has been doing exceedingly well on

supervision such that if it continues, probation may be requesting that the Court take judicial notice of the violations at the next appearance.

IT IS SO STIPULATED.

Dated:      July 10, 2026

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:      July 10, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
KENT STEJSKAL
Special Assistant United States Attorney

STIP & ~~PROPOSED~~ ORDER TO CONT. STATUS HRG FROM 7.27.26 TO 8.3.26
*JOHNSON*, CR 25–00403 AMO

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25–00403 AMO |
| Plaintiff, | [PROPOSED] ORDER RE: CONTINUE STATUS HEARING FROM JULY 27, 2026, TO AUGUST 3, 2026 |
| v. | |
| KIANDRE JOHNSON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing currently set for July 27, 2026, at 11:00 a.m., before the Honorable Judge Araceli Martínez-Olguín, is hereby continued one week to August 3, 2026, at 11:00 a.m. for status.

IT IS SO ORDERED.

Dated:     7/13/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge